FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANJELINA ALIZAY S.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendants. | NO. 1:24-cv-03100-RLP<br><br>ORDER ON STIPULATED MOTION FOR REMAND |

On February 7, 2025, the parties filed a Stipulated Motion for Remand, ECF No. 17, for a new hearing and decision by an administrative law judge. This motion was submitted for consideration without oral argument. The Court finds that good cause exists to grant the stipulated motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

ORDER ON STIPULATED MOTION FOR REMAND * 1

1. The Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the administrative law judge is instructed to:

    - Obtain evidence from a medical expert related to the child disability claim based on the record as a whole and reevaluate Plaintiff Soliman's severe impairments;

    - With respect to both the child disability claim and the claim for the period after Plaintiff Soliman turned 18, reevaluate Plaintiff Soliman's residual functional capacity and proceed through sequential evaluation, obtaining supplemental evidence from a vocational expert as warranted;

    - Offer the claimant an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

2. Upon proper presentation, this Court will consider Plaintiff Soliman's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

3. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

ORDER ON STIPULATED MOTION FOR REMAND * 2

4. The Clerk of Court is directed to enter **JUDGMENT** in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

DATED February 10, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATED MOTION FOR REMAND * 3